1    LAURA E. DUFFY
     United States Attorney
2    BRUCE C. SMITH
     Assistant U.S. Attorney
3    California State Bar No. 078225
     Federal Office Building
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 5546-8266
     E-mail: bruce.smith@usdoj.gov
6
7    Attorneys for Plaintiff
     United States of America

8                   UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,    )    Civil No.   **'12CV1029 LAB WMC**
                               )
11             Plaintiff,     )    COMPLAINT FOR FORFEITURE
                               )
12       v.                    )
                               )
13   ONE 2007 CADILLAC ESCALADE,   )
      CA LICENSE NO. 6NJA222,      )
14   VIN: 1GYFK63817R296249,      )
      ITS TOOLS AND APPURTENANCES,  )
15                                )
                Defendant.    )
16   ─────────────────────────────)

17       By way of complaint against the defendant, ONE 2007 CADILLAC

18   ESCALADE, CA. LICENSE 6NJA222, VIN: 1GYFK63817R296249, ITS TOOLS

19   AND APPURTENANCES ("Cadillac Escalade"), the United States of

20   America alleges:

21       1.    This Court has jurisdiction over this action by virtue

22   of the provisions of Title 28, United States Code, Section 1355,

23   and Title 21, United States Code, Section 881(a)(4), because the

24   defendant Cadillac Escalade was used or intended for use to

25   transport or facilitate transportation, sale, receipt, possession,

26   or concealment of controlled substances in violation of Chapter 13

27   of Title 21, United States Code.

28   //

2.   Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant Cadillac Escalade was found in this district.

3.   On November 14, 2011, Ray Junior Del Villar ("Villar") drove the defendant Cadillac Escalade to a residence located in the 1200 block of Sea Strand Lane, San Diego, in the Southern District of California.

A.   U.S. law enforcement agents watched as Villar removed packages from the defendant Cadillac Escalade.

B.   The U.S. law enforcement agents contacted and detained Villar.

C.   The U.S. law enforcement agents inspected the contents of the packages.

D.   The packages contained a total of approximately eight pounds of methamphetamine, a Schedule II Controlled Substance.

E.   Based upon the quantity of methamphetamine Villar unloaded from inside the defendant Cadillac Escalade, the way the methamphetamine was packaged, and a number of other factors, the agents believed it was transported by Villar for the purpose of selling or delivering it to another person.

F.   The agents concluded the methamphetamine was being transported and possessed for commercial purposes and distribution, not for the personal consumption of Villar.

5.   On November 17, 2011, the U.S. law enforcement agents obtained a seizure warrant from a U.S. Magistrate Judge in the Southern District of California.

//

1          A.    The seizure warrant directed the agents to seize

2    for forfeiture the defendant Cadillac Escalade.

3          B.    The defendant Cadillac Escalade was seized for

4    forfeiture pursuant to the seizure warrant.

5       6.   The defendant 2007 Cadillac Escalade constitutes a

6    conveyance, used or intended to be used to transport or to

7    facilitate the transportation, sale, receipt, possession, or

8    concealment of a controlled substance, to wit: methamphetamine a

9    Schedule II Controlled Substance, in violation of Chapter 13,

10   Title 21, United States Code.

11      7.   As a result of the foregoing, the defendant

12   2007 Cadillac Escalade is liable to condemnation and to forfeiture

13   to the United States for its use in accordance with Title 21,

14   United States Code, Section 881(a)(4).

15      8.   The defendant 2007 Chevrolet Cadillac Escalade is

16   presently stored within the jurisdiction of this Court.

17      WHEREFORE, the United States prays that due process issue to

18   enforce the forfeiture of the defendant 2007 Cadillac Escalade,

19   and that due notice be given to all interested parties to appear

20   and show cause why said forfeiture should not be declared.

21      DATED: April 25, 2012.

22                                  LAURA E. DUFFY
                               United States Attorney

23

24                                  s/ Bruce C. Smith

25                                  BRUCE C. SMITH
                               Assistant United States Attorney

26                                  Attorneys for Plaintiff
                               United States of America

27                                  Email: bruce.smith@usdoj.gov

28