```
 1  RICHARD M. BARNETT, Esq.
    A Professional Law Corporation
 2  SBN#65132
    105 West F Street, 4th Floor
 3  San Diego, CA 92101
    Telephone: (619) 231-1182
 4  email:richardmbarnett@gmail.com
 5
    Attorney for Claimant
 6  MARIE ARREDONDO
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE 2007 CADILLAC ESCALADE, <br> CA LICENSE NO. 6NJA222, <br> VIN: 1GYFK63817R296249, <br> ITS TOOLS AND APPURTENANCES, <br><br> Defendant. | Case No. 12-cv-1029-LAB(WMC) <br><br> CLAIM OPPOSING FORFEITURE <br> OF MARIE ARREDONDO |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, MARIE ARREDONDO, hereby demand the return and restitution of the defendant currency, and claim the right to defend this action as an owner of the seized vehicle.

I declare under penalty of perjury the foregoing is true and correct.

Executed this __5__ day of __2__, 2012, at San Diego, California.

_____
MARIE ARREDONDO, Claimant

## **CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on May 2, 2012, I have caused service of Claim Opposing Forfeiture of Marie Arredondo on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. Bruce C. Smith, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of May, 2012, at San Diego, California.


/s/ Richard M. Barnett
RICHARD M. BARNETT