RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182
email:richardmbarnett@gmail.com

Attorney for Claimant
MARIE ARREDONDO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-cv-1029-LAB(WMC) |
| Plaintiff, ) | MARIE ARREDONDO'S ANSWER TO COMPLAINT FOR FORFEITURE AND DEMAND FOR JURY TRIAL |
| v. ) | |
| ONE 2007 CADILLAC ESCALADE, ) CA LICENSE NO. 6NJA222, ) VIN: 1GYFK63817R296249, ) ITS TOOLS AND APPURTENANCES, ) | |
| Defendant. ) | |

COMES NOW the Claimant, MARIE ARREDONDO, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

1. Claimant denies each and every allegation set forth in Paragraph 1. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

2. Claimant admits each and every allegation set forth in Paragraph 2. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

3. Answering Paragraph 3. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

5. Answering Paragraph 5. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on

1

that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

6.   Claimant denies each and every allegation set forth in Paragraph 6. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

7.   Claimant denies each and every allegation set forth in Paragraph 7. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant property.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of the forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant allege Claimant's ownership interest (legal and/or beneficial) is not forfeitable in the property by reason that any and all acts or omissions alleged as the basis for forfeiture have been committed or omitted without the knowledge or consent of Claimant (i.e. Claimant was and is what is commonly referred to as an innocent owner).

### FIFTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant vehicle violated the Fourth Amendment to the United States Constitution.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law,

1  / / /

2  Claimant demands a trial by jury in connection with the subject action.

3      WHEREFORE, claimant prays for judgment as follows:

4      l.  That the Complaint be dismissed with prejudice;

5      2.  That the subject properties be returned to Claimant;

6      3.  For reasonable attorney's fees herein and costs of suit; and

7      4.  For such other and further relief as the Court may deem just.

8  DATED: April 30, 2012

9                                              s/ Richard M. Barnett
                                            RICHARD M. BARNETT, ESQ.
10                                             richardmbarnett@gmail.com

11                                             Attorney for Claimant
                                            MARIE ARREDONDO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on April 30, 2012, I have caused service of Marie Arredondo's Answer to Complaint for Forfeiture and Demand Jury Trial on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. Bruce C. Smith, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 30th day of April, 2012, at San Diego, California.


/s/ Richard M. Barnett
RICHARD M. BARNETT