```
 1  LAURA E. DUFFY
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)546-8266
    E-mail: bruce.smith@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America

 8              UNITED STATES DISTRICT COURT

 9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Case No. 12cv1029-LAB(WMc)
                                 )
11                  Plaintiff,   )  JOINT MOTION FOR
                                 )  JUDGMENT OF FORFEITURE
12       v.                      )
                                 )
13  ONE 2007 CADILLAC ESCALADE,  )
    CA LICENSE NO. 6NJA222,      )
14  VIN: 1GYFK63817R296249,      )
    ITS TOOLS AND APPURTENANCES, )
15                               )
                    Defendant.   )
16  _____)
```

17      The United States of America, by and through its attorneys,
18 Laura E. Duffy, United States Attorney, and Bruce C. Smith, Assistant
19 U.S. Attorney, and the claimant, Marie Arredondo, and Attorney
20 Richard M. Barnett, counsel for claimant, stipulate as follows:
21      1.   The parties have entered into this stipulation in order to
22 resolve the matter of the seizure and forfeiture of the defendant
23 2007 Cadillac Escalade.
24      2.   The parties have agreed to a settlement of this matter which
25 is described as follows:
26           A.   On or before July 27, 2012, claimant Marie Arredondo
27 shall pay to the United States, in the form of a cashier's check, the
28 full amount of the costs incurred by the United States for the seizure

and storage of the defendant 2007 Cadillac Escalade. Upon full and satisfactory payment, the United States shall return the defendant 2007 Cadillac Escalade to claimant Marie Arredondo.

      B.   If claimant's payment is made on or before June 28, 2012, claimant shall pay to the United States the amount of $825.46 in the form of a cashier's check, made payable to the United States Customs and Border Protection.

      C.   If claimant's payment is made after June 28, 2012, but before July 13, 2012, claimant shall pay to the United States the amount of $866.71 in the form of a cashier's check, made payable to the United States Customs and Border Protection.

      D.   If claimant's payment is made after July 13, 2012, but before July 27, 2012, claimant shall pay to the United States the amount of $905.21 in the form of a cashier's check, made payable to the United States Customs and Border Protection.

      E.   Upon receipt of full and satisfactory payment, the United States Customs and Border Protection shall return the defendant 2007 Cadillac Escalade to claimant, Marie Arredondo.

3.   Claimant Marie Arredondo agrees that by entering into this stipulation, she has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

4.   The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

5.   The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimant Marie Arredondo may owe to the United States.

6.   The parties to this settlement agree that each will bear

PAGE 02/03                    ENCOMPASS                    6194607023    22:42  05/15/2010

1 | their own attorney's fees and costs.

2 |     7.    Claimant Marie Arredondo, her agents, employees, or assigns,
3 | shall hold and save harmless the United States of America, its agents
4 | and employees, from any and all claims which might result from the
5 | seizure of one or all of the defendant 2007 Cadillac Escalade.

LAURA E. DUFFY
United States Attorney

DATED: JUNE 25, 2012

BRUCE C. SMITH
Assistant U.S. Attorney

DATED: 6-25-12

RICHARD M. BARNETT
Attorney for Claimant
Marie Arredondo

DATED: 6·18·12

MARIE ARREDONDO
Claimant

3

12cv1029