UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12cv1029-LAB(WMc) |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2007 CADILLAC ESCALADE, CA LICENSE NO. 6NJA222, VIN: 1GYFK63817R296249, ITS TOOLS AND APPURTENANCES, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed the Joint Motion For Forfeiture re: Defendant Vehicle, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1. On or before July 27, 2012, claimant Marie Arredono shall pay to the United States the full amount of the costs incurred by the United States for the seizure and storage of the defendant 2007 Cadillac Escalade. Upon full and satisfactory payment, the United States shall return the defendant 2007 Cadillac Escalade to claimant Marie Arrendono.

//

//

  A. If claimant's payment is made on or before June 28, 2012, claimant shall pay to the United States the amount of $825.46 in the form of a cashier's check, payable to the United States Customs and Border Protection,

  B. If claimant's payment is made after June 28, 2012 but before July 13, 2012, claimant shall pay to the United States the amount of $866.71 in the form of a cashier's check, payable to the United States Customs and Border Protection.

  C. If claimant's payment is made after July 13, 2012, but before July 27, 2012, claimant shall pay to the United States the amount of $905.21 in the form of a cashier's check, payable to the United States Customs and Border Protection.

  D. Upon receipt of full and satisfactory payment, the United States Customs and Border Protection shall return the defendant 2007 Cadillac Escalade to claimant Marie Arrendono.

 2. Claimant Marie Arrendono agrees that by entering into this stipulation, she has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

 3. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

 4. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimants, or either of them, may owe to the United States.

 5. The parties to this settlement have agreed that each will bear their own attorney's fees and costs.

 6. Claimant, Marie Arrendono, her agents, employees, or assigns, shall hold and save harmless the United States of America,

its agents and employees, from any and all claims which might result from the seizure of the defendant 2007 Cadillac Escalade.

    7.   This case is hereby ordered closed. Let judgment be entered accordingly.

DATED: August 9, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge